ELECTRIC STORAGE BATTERY CO. v. BUFFALO ELECTRIC
CARRIAGE CO.

(Circuit Court of Appeals, Second Circuit.    January 8, 1903.)

No. 111.

1. PATENTS—INFRINGEMENT—SECONDARY BATTERIES.

The Brush patent, No. 337,299, being the inventor's generic patent for
a secondary battery, *held* valid, and infringed, on appeal from an order
granting a preliminary injunction.

Appeal from the Circuit Court of the United States for the Western
District of New York.

This cause comes here upon appeal from an order of the Circuit
Court, Western District of New York, granting an injunction pendente
lite against infringement of United States letters patent No. 337,299,
granted to Charles F. Brush, March 2, 1886, upon an application filed
June 13, 1881 for "secondary battery."

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM.   The points raised upon this appeal have been
heretofore decided adversely to the appellant by this court in Accu-
mulator Co. v. Brush Co., 2 C. C. A. 682, 52 Fed. 130, and Thomson-
Houston Co. v. Elmira & Horseheads Co., 18 C. C. A. 145, 71 Fed.
406.   It is true that when this generic patent was before this court
the earlier specific patents had not expired, but the legal propositions
involved are not changed by such expiration.

The order is affirmed, with costs, on the opinion of Judge Hazel
([C. C.] 117 Fed. 314), which clearly and succinctly states those propo-
sitions, and indicates the bearing thereon of the cases above cited.